UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
  UNITED STATES OF AMERICA,

           -against-

  FRANK COPPA, SR,

                   Defendant.
-----------------------------------------------------------------X

**ORDER**

**02-CR-307 (NGG)**

NICHOLAS G. GARAUFIS, United States District Judge.

The court has received Defendant's request for a closed sentencing hearing. Defendant's request is DENIED.

SO ORDERED.

Dated: Brooklyn, New York
      November 5, 2014

                                              s/ Nicholas G. Garaufis
                                              .NICHOLAS G. GARAUFIS
                                              United States District Judge